1  RICHARD MAC BRIDE, SB# 199695
2  LAW OFFICES OF RICHARD A. MAC BRIDE
   865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

      Plaintiff,

Vs.

Shirley Everett, et al.,

      Defendants.

Case Number C-17-3741 WHA

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio, and defendant 1931 San Pablo Partners, LLC, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendant 1931 San Pablo Partners, LLC is Bruce Cornelius of Belzer & Murray, LLP), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter with defendant 1931 San Pablo Partners, LLC whereby plaintiff deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all named defendants, to wit, (1) Shirley Everett, aka Shirley Dicko aka Shirley Dicko Everett aka Shirley Everett-Dicko, individually and dba Everett and Jones Barbeque, and (2) 1931 San Pablo Partners, LLC; and in addition, plaintiff released unnamed defendant Mary Everett; with all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, and accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

STIPULATION AND ORDER OF DISMISSAL – 17-3741 WHA

-1-

| | |
|---|---|
| Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride | /s/ Richard A. Mac Bride |
| Attorney for Plaintiff Jose Daniel Castillo-Antonio | 10/4/2017 |
| Belzer & Murray LLP -- By: Bruce Cornelius | /s/ Bruce Cornelius |
| | 10/4/2017 |

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on October 4, 2017, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Bruce Cornelius, attorney for defendant 1931 San Pablo Partners, LLC herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## [PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the entire action entitled Jose Daniel Castillo-Antonio v. Shirley Everett, et al., Case No. C-17-3741 WHA, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: October 5, 2017.

_____
William H. Alsup
United States District Judge